IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RAY CHRIS MOBLEY,**

    **Plaintiff,**

v.                                 Case No.: 3:11cv147/MCR/EMT

**WALTON COUNTY SHERIFF'S
OFFICE, et al.,**

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 11, 2012 (doc. 23). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute or failure to comply with an order of the court.

    **DONE AND ORDERED** this 17th day of February, 2012.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**